# Court of Appeals
# of the State of Georgia

ATLANTA,___July 16, 2013_____

*The Court of Appeals hereby passes the following order:*

## A13A2113. JAMES L. LINGO, JR. v. ROGER D. SMITH.

Roger Smith filed a dispossessory action against James Lingo, Jr., in Dougherty County Superior Court, and Lingo filed a number of counterclaims. The trial court granted Smith a writ of possession, and Lingo appealed to this Court. We affirmed the trial court's decision. See *Lingo v. Smith*, 316 Ga. App. 164 (729 SE2d 18) (2012). After remittitur, the trial court heard argument regarding Lingo's counterclaims. On November 26, 2012, the trial court granted Smith summary judgment on the counterclaims. On December 31, 2012, Lingo filed a pro se notice of appeal to the Supreme Court. The Supreme Court subsequently transferred the appeal here. We, however, lack jurisdiction because Lingo's appeal is untimely.

Pursuant to OCGA § 9-11-56 (h), the grant of summary judgment is reviewable by direct appeal. *Whiddon v. Stargell*, 192 Ga. App. 826, 828 (386 SE2d 884) (1989). However, a notice of appeal must be filed within 30 days after entry of the order. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Here, Lingo filed his notice of appeal more than thirty days after entry of the order he wishes to appeal. His appeal is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/16/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*